Argued and submitted June 29, reversed and remanded for new trial July 22, 1992

# STATE OF OREGON,
*Respondent,*

*v.*

# ALLEN SCOTT GARL,
*Appellant.*

## (DA 425155-90071; CA A70680)

833 P2d 1380

James N. Varner, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Rives Kistler, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

## PER CURIAM

The state concedes that there was no written waiver of jury trial and that the case must be remanded for a new trial. We accept the concession. We do not reach the other issues raised by defendant.

Reversed and remanded for a new trial.